IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS L. ANDERSON,

                                                                         ORDER

                Plaintiff,

                                                                      15-cv-189-bbc

    v.

COUNTRYWIDE HOME LOANS, INC.,
COUNTRYWIDE HOME LOAN SERVICING, L.P.,
BANK OF AMERICA, N.A., DEBORAH BLOMMER,
BAYVIEW LOAN SERVICING, LLC, MICHAEL P. TRAINOR,
BLANK ROME, LLP and BANK OF NEW YORK as trustee,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        Defendants Blank Rome, LLP, and Michael P. Trainor have asked the court to set aside their May 26, 2015 deadline to answer plaintiff Thomas L. Anderson's complaint and to impose a deadline of June 3, 2015 for plaintiff to amend his complaint. Dkt. #26. The deadline for plaintiff's amendment is 21 days after defendants Bank of New York (as trustee) and Bayview Loan Servicing, LLC filed a motion to dismiss. Dkt. #24. Defendant Deborah Blommer has joined the motion to amend the deadlines. Dkt. #27.

        Defendants Trainor and Blank Rome, LLP, say that plaintiff is represented by Wendy Allison Nora, whose common strategy is to avoid motions to dismiss by amending the complaint to add new claims, so it would be a waste of their resources to answer or file a dispositive motion at this time. However, according to the court's records, Nora has not

1

appeared in this case and plaintiff is representing himself. Further, plaintiff is free to amend his complaint without leave of court up until the deadline to do so. That deadline will be set by the court at the preliminary pretrial conference. At this point, defendants' speculations about Nora's strategy do not provide a good reason to depart from the court's standard procedure. Plaintiff has not acted abusively in this case, and, even if plaintiff amends his complaint to *add* more claims at a later date (as defendants say he will do), defendants will not have wasted their efforts by answering plaintiff's initial set of claims.

Accordingly, the motion filed by defendants Michael P. Trainor and Blank Rome, LLP, to set aside the deadline to answer and to add a deadline for plaintiff to amend his complaint, dkt. #26, and defendant Deborah Blommer's motion to join that motion, dkt. #27, are DENIED.

Entered this 22nd day of May, 2015.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge